# NEW CASE PARTY INFORMATION SHEET

This form must be completed and submitted to the court as part of the civil case initiating documents referred to in Section III-B of the <u>Administrative Procedures for Electronic Case Filing and Service in the United States District Court for the Western District of Wisconsin</u>. This document is for informational purposes only to open a shell case.

I.  Please answer the following questions:

   1. Are the case-initiating documents ready to be filed?
      - [✔] Yes
      - [ ] No

   2. How is the filing fee going to be paid?
      - [✔] Online through Pay.gov
      - [ ] In person by check or credit card

   3. Is a motion for preliminary injunction or temporary restraining order being filed with the case-initiating documents?
      - [ ] Yes
      - [✔] No

II. Information about Plaintiffs:

   1. List all Plaintiffs or Petitioners set forth in the caption of the case-initiating document.

   Pamela Kilty, Individually and as Special Administrator of the Estate of Elvira Kilty

   Paul J Kilty

   David L Kilty

   William J Kilty

   James S Kilty

   2. List all counsel for Plaintiffs or Petitioners.

   Robert G McCoy

III. Information about Defendants:

1. List all Defendants or Respondents set forth in the caption of the case-initiating document:

Weyerhaeuser Company, a corporation; 3M Company, a corporation; Metropolitan Lif Insurance

Company, a corporation; Owens-Illinois, Inc., a corporation; Unknown Insurers of Owens-Illinois,

Inc., a corporation, Unknown Insureres of Roddis Plywood Corporation, a corporation; Unknown

Insurers of Weyerhaeuser Company, a company

2. List all counsel for Defendants or Respondents (**Notice of Removal cases only**).