UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**Pamela Kilty, Individually, and as Special
Administrator of the Estate of Elvira Kilty,
Paul J. Kilty, David L. Kilty, William J. Kilty,
And James S. Kilty**  Case No.: 16-CV-515

**v.**

**Weyerhaeuser Company, et al.,**

    **Defendants.**

## NOTICE OF APPEARANCE

I, Joshua J. Metcalf, of Forman Watkins & Krutz, LLP, am admitted to practice in this Court, and I hereby enter my appearance in this matter as counsel for Weyerhaeuser Company.

Dated:  September 19, 2016

    Respectfully Submitted,

    Counsel for Weyerhaeuser Company
    /s/ Joshua J. Metcalf_____
    Joshua J. Metcalf, (MSB #101525)
    FORMAN WATKINS & KRUTZ LLP
    200 South Lamar Street
    City Centre Building, Suite 100 (39201)
    Post Office Box 22608 (39225-2608) Jackson, MS
    Phone: (601) 960-8600
    Facsimile: (601) 960-8613
    Email: tanya.ellis@formanwatkins.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 19, 2016, the foregoing was filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Joshua J. Metcalf
Joshua J. Metcalf