# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 23, 2016

Before

DANIEL A. MANION, *Circuit Judge*

```
JANET PECHER, Individually and as           ] Appeal from the United
Special Administrator for the Estate of     ] States District Court
Urban Pecher, Deceased,                     ] for the Western
                                            ] District of
         Plaintiff-Appellant,               ] Wisconsin.
                                            ]
No. 16-1799                         v.      ] No. 3:14-cv-00147-wmc
                                            ]
OWENS-ILLINOIS, INC.                        ] William M. Conley,
         Defendant-Appellee.                ]    Chief Judge.
-----------------------------------------------------------------
DIANNE JACOBS, Individually and as the      ] Appeal from the United
Special Administrator for the Purposes      ] States District Court
                                            ] for the Western
of this Lawsuit on Behalf of Decedent       ] District of
Rita Treutel,                               ] Wisconsin.
         Plaintiff-Appellant,               ]
                                            ] No. 3:12-cv-00899-wmc
No. 16-2376                         v.      ]
                                            ] William M. Conley,
RAPID AMERICAN CORPORATION                  ]    Chief Judge.
         Defendant,                         ]
                                            ]
              and                           ]
                                            ]
WEYERHAEUSER COMPANY and                    ]
OWENS-ILLINOIS, INC.,                       ]
         Defendants-Appellees.
```

Case: 3:16-cv-00515-wmc   Document #: 18-3   Filed: 10/03/16   Page 2 of 6
Case: 16-1799   Document: 34   Filed: 09/23/2016   Pages: 3

Nos. 16-1799, et al.,                                              Page 2

```
KATRINA MASEPHOL, Individually and      ]  Appeal from the United
as Special Administrator on behalf of   ]  States District Court
                                        ]  for the Western of
Estate of Richard Masephol,             ]  Wisconsin.
        Plaintiff-Appellant,            ]
                                        ]
No. 16-2377                        v.   ]  No. 3:14-cv-00186-wmc
                                        ]
WEYERHAEUSER COMPANY and                ]  William M. Conley,
OWENS-ILLINOIS, INC.,                   ]     Chief Judge.
        Defendants-Appellees.           ]
-------------------------------------------------------------------

ROBERT SYDOW, Individually and as       ]  Appeal from the United
Special Administrator for the Estate of ]  States District Court
Wesley Sydow, Deceased,                 ]  for the Western
                                        ]  District
        Plaintiff-Appellant,            ]  of Wisconsin.
                                        ]
No. 16-2378                        v.   ]  No. 3:14-cv-00219-wmc
                                        ]
OWENS-ILLINOIS, INC.,                   ]  William M. Conley,
        Defendant-Appellee.             ]     Chief Judge.
-------------------------------------------------------------------

KATHY BOYER, individually and as        ]  Appeal from the United
Special Administrator of the Estate of  ]  States District Court
                                        ]  for the Western
                                        ]  District of
Milton Boyer,                           ]  Wisconsin.
        Plaintiff-Appellant,            ]
                                        ]
No. 16-2379                        v.   ]  No. 3:14-cv-00286-wmc
                                        ]
OWENS-ILLINOIS, INC.,                   ]  William M. Conley,
   Defendants-Appellees.                ]     Chief Judge.
-------------------------------------------------------------------

JANICE SEEHAFER, Individually and as    ]  Appeal from the United
Special Administrator for the Estate    ]  States District Court
       of Roger Seehafer; deceased,     ]  for the Western
                                        ]  District of
        Plaintiff-Appellant,            ]  Wisconsin.
                                        ]
No. 16-2380                        v.   ]  No. 3:14-cv-00161-wmc
                                        ]
WEYERHAEUSER COMPANY and                ]  William M. Conley,
OWENS-ILLINOIS, INC.,                   ]     Chief Judge.
        Defendants-Appellees.
```

Nos. 16-1799, et al.,                                                                 Page 3

Upon consideration of the **APPELLANTS' SECOND MOTION TO ENLARGE THE TYPE-VOLUME LIMITATION OF APPELLANTS' BRIEF**, filed on September 22, 2016, by Attorney Robert G. McCoy for Appellants,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that plaintiffs-appellants' consolidated brief shall not exceed 16,500 words.

**IT IS FURTHER ORDERED** that the briefing schedule is extended as follows:

1. Plaintiffs-appellants shall file their consolidated opening brief and required short appendix on or before September 30, 2016.

2. Defendant-appellee Owens-Illinois, Inc. shall file its consolidated responsive brief on or before October 31, 2016. Defendant-appellee Weyerhaeuser Company shall file its consolidated responsive brief on or before October 31, 2016.

3. Plaintiffs-appellants shall file their consolidated reply brief, if any, on or before November 14, 2016.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

**ORDER**

September 2, 2016

*By the Court:*

```
JANET PECHER, Individually and as        ] Appeal from the United
Special Administrator for the Estate of  ] States District Court
Urban Pecher, Deceased,                  ] for the Western
                                         ] District of
        Plaintiff-Appellant,             ] Wisconsin.
                                         ]
No. 16-1799                          v.  ] No. 3:14-cv-00147-wmc
                                         ]
OWENS-ILLINOIS, INC.                     ] William M. Conley,
        Defendant-Appellee.              ]    Chief Judge.
-----------------------------------------------------------
DIANNE JACOBS, Individually and as the   ] Appeal from the United
Special Administrator for the Purposes   ] States District Court
                                         ] for the Western
of this Lawsuit on Behalf of Decedent    ] District of
Rita Treutel,                            ] Wisconsin.
        Plaintiff-Appellant,             ]
                                         ] No. 3:12-cv-00899-wmc
No. 16-2376                          v.  ]
                                         ] William M. Conley,
RAPID AMERICAN CORPORATION               ]    Chief Judge.
        Defendant,                       ]
                                         ]
              and                        ]
                                         ]
WEYERHAEUSER COMPANY and                 ]
OWENS-ILLINOIS, INC.,                    ]
        Defendants-Appellees.            ]
-----------------------------------------------------------
KATRINA MASEPHOL, Individually and       ] Appeal from the United
as Special Administrator on behalf of    ] States District Court
                                         ] for the Western of
Estate of Richard Masephol,              ] Wisconsin.
        Plaintiff-Appellant,             ]
                                         ]
No. 16-2377                          v.  ] No. 3:14-cv-00186-wmc
                                         ]
WEYERHAEUSER COMPANY and                 ] William M. Conley,
OWENS-ILLINOIS, INC.,                    ]    Chief Judge.
        Defendants-Appellees.            ]
-----------------------------------------------------------
```

Case: 3:16-cv-00515-wmc   Document #: 18-3   Filed: 10/03/16   Page 5 of 6
Case: 16-1799   Document: 23   Filed: 09/02/2016   Pages: 3

Nos. 16-1799 et al.,                                                    Page 2

```
ROBERT SYDOW, Individually and as         ]  Appeal from the United
Special Administrator for the Estate of   ]  States District Court
Wesley Sydow, Deceased,                   ]  for the Western
                                          ]  District
         Plaintiff-Appellant,             ]  of Wisconsin.
                                          ]
No. 16-2378                          v.   ]  No. 3:14-cv-00219-wmc
                                          ]
OWENS-ILLINOIS, INC.,                     ]  William M. Conley,
         Defendant-Appellee.              ]     Chief Judge.
------------------------------------------------------------
KATHY BOYER, individually and as          ]  Appeal from the United
Special Administrator of the Estate of    ]  States District Court
                                          ]  for the Western
                                          ]  District of
Milton Boyer,                             ]  Wisconsin.
         Plaintiff-Appellant,             ]
                                          ]
No. 16-2379                          v.   ]  No. 3:14-cv-00286-wmc
                                          ]
OWENS-ILLINOIS, INC.,                     ]  William M. Conley,
      Defendants-Appellees.               ]     Chief Judge.
------------------------------------------------------------
JANICE SEEHAFER, Individually and as      ]  Appeal from the United
Special Administrator for the Estate      ]  States District Court
      of Roger Seehafer; deceased,        ]  for the Western
                                          ]  District of
         Plaintiff-Appellant,             ]  Wisconsin.
                                          ]
No. 16-2380                          v.   ]  No. 3:14-cv-00161-wmc
                                          ]
WEYERHAEUSER COMPANY and                  ]  William M. Conley,
OWENS-ILLINOIS, INC.,                     ]     Chief Judge.
         Defendants-Appellees.            ]
```

Upon consideration of the **APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF AND APPENDIX**, filed on September 1, 2016, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. Plaintiffs-appellants shall file their consolidated opening brief and required short appendix on or before September 23, 2016.

2. Defendant-appellee Owens-Illinois, Inc. shall file its consolidated responsive brief on or before October 24, 2016.

Nos. 16-1799 et al., Page 3

3. Defendant-appellee Weyerhaeuser Company shall file its consolidated responsive brief on or before October 24, 2016.

4. Plaintiffs-appellants shall file their consolidated reply brief, if any, on or before November 7, 2016.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument.  Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)