## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**This Document Relates to:**

| | |
|---|---|
| **Pamela Kilty v. Weyerhaeuser Company, et al.** | **CASE NO. 3:16-CV-000515** |
| **Scott Spatz v. Weyerhaeuser Company, et al.** | **CASE NO. 3:16-CV-000726** |

### WEYERHAEUSER COMPANY'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS PENDING APPEAL

Weyerhaeuser Company respectfully requests that this Court grant it leave to file the attached Reply brief in support of its Motion to Stay Proceedings Pending Appeal. This relief is not sought for purposes of delay but rather to provide this Court with a complete analysis of the issues raised by Plaintiffs' Response in Opposition to Weyerhaeuser's Motion. In particular, Plaintiffs make arguments based on the Seventh Circuit's scheduling order that was issued subsequent to Weyerhaeuser's Motion to Stay. Additionally, Plaintiffs introduced a new issue by asserting their claims may proceed to trial with 3M Company only.

Accordingly, Weyerhaeuser asks this Court to grant Weyerhaeuser leave to reply and accept the brief attached as Exhibit A as Weyerhaeuser's Reply in Support of its Motion to Stay.[1]

Dated: May 14, 2018

                                          Respectfully submitted,

                                        By: /s/ Tanya D. Ellis
                                        Joshua J. Metcalf (MS Bar No. 100340)
                                        Tanya D. Ellis (MS Bar No. 101525)
                                        Mitch McGuffey (MS Bar No. 104986)
                                        Ruth F. Maron (MS Bar No. 104709)
                                        T. Benton York (MS Bar No. 104445)
                                        FORMAN WATKINS & KRUTZ LLP
                                        210 East Capitol Street, Suite 2200
                                        Jackson, Mississippi 39201-2375

---

[1] Weyerhaeuser also attaches the Seventh Circuit's May 4, 2018 Order resetting the briefing schedule for the appeal as Exhibit B.

1

Phone: (601) 960-8600
Facsimile: (601) 960-8613
Email: Joshua.Metcalf@formanwatkins.com
Email: Tanya.Ellis@formanwatkins.com
Email: Ruth.Maron@formanwatkins.com
Email: Mitch.McGuffey@formanwatkins.com
Email: Benton.York@formanwatkins.com

*Counsel for Weyerhaeuser Company*

## **CERTIFICATE OF SERVICE**

I certify that on May 14, 2018, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Tanya D. Ellis
Tanya D. Ellis
