# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

January 8, 2019

Before:

DIANE P. WOOD, Chief Circuit Judge
DIANE S. SYKES, Circuit Judge
AMY J. ST. EVE, Circuit Judge

<table>
<tr><td>Nos. 18-1974 & 18-1975</td><td>PAMELA KILTY, Individually and as Special Administrator of the Estate of Elvira Kilty, et. al., and SCOTT SPATZ, as Special Administrator of the Estate of Herbert Spatz,<br>Plaintiffs - Appellees<br><br>v.<br><br>WEYERHAEUSER COMPANY, a corporation,<br>Defendant - Appellant</td></tr>
<tr><td colspan="2">Originating Case Information:</td></tr>
<tr><td colspan="2">District Court Nos: 3:16-cv-00515-wmc & 3:16-cv-00726-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley</td></tr>
</table>

The appellees' motion to dismiss the appeals is **GRANTED**, and the appeals are **DISMISSED**, with costs. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)